UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROBERT LEE (TREY) JONES, III, a minor, individually, by and through his father ROBERT LEE JONES, JR., and ROBERT LEE JONES JR., individually,<br><br>    Plaintiffs,<br><br>v.<br><br>WALGREEN CO.<br><br>    Defendant. | Case No. 3:05-0735<br>Judge Trauger |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion for Partial Summary Judgment filed by defendant Walgreen Co., (Docket No. 115), is **DENIED**.

It is so ordered.

Enter this 6th day of August 2007.

ALETA A. TRAUGER
United States District Judge